DEC 2 2005

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

Jamel Martin,

        Defendant.

- - - - - - - - - - - - - - - X

Crim. No. 03-795(S-2)(DGT)

**ORDER AUTHORIZING CJA**
**FUNDS FOR INVESTIGATOR**

    This matter having come before the Court on letter application by Robert P. LaRusso, attorney for the defendant Jamel Martin, for an order authorizing payment for services of an investigator in the above-captioned case, and for good cause shown,

    IT IS HEREBY ORDERED, that Robert P. LaRusso, attorney for the defendant Jamel Martin, is authorized to retain a licensed private investigator to perform investigative services in the defense of the above-captioned criminal case, with the cost thereof to be paid pursuant to the Criminal Justice Act (the "Act"), at a rate of $95 per hour, plus mileage as authorized by the Act and reasonable transportation fees, including tolls and parking, with the total amount to be paid not to exceed $2500, absent further order of the Court.

Dated:   November 30, 2005
          Brooklyn, New York

                              s/David G. Trager
                              HON. DAVID G. TRAGER
                              UNITED STATES DISTRICT JUDGE