LAW OFFICES OF
# RICHARD WARE LEVITT
148 EAST 78TH STREET
NEW YORK, NEW YORK 10021
TELEPHONE: (212) 737-0400
FACSIMILE
(212) 396-4152 / (212) 988-6192

RICHARD WARE LEVITT*

NICHOLAS G. KAIZER*
MICHAEL K. BACHRACH

*ADMITTED IN N.Y., FLA. AND D.C.

DEC 8 2005

December 5, 2005

Re: <u>U.S. v. John Martin, 03-CR-795</u>

Dear Judge Trager,

    We respectfully request that the court direct the U.S. Marshall to permit the undersigned attorneys to carry cellular telephones into the courthouse during the pendency of the trial of the above-captioned case, which is expected to conclude by December 16, 2005.

Respectfully submitted,

Richard Levitt
Ephraim Savitt
Robert LoRusso

RWL:rl

So ordered:

s/David Trager
U.S.D.J.   12/5/05